IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**BRIAN R. FREEMAN**                                                                 **PLAINTIFF**

**VS.**              **CASE NO. 4:09CV0413 JMM**

**UNION PACIFIC RAILROAD COMPANY**                                  **DEFENDANT**

### ORDER OF DISMISSAL

The parties have filed a Stipulation for Dismissal with prejudice in the above styled case.

IT IS THEREFORE ORDERED that the complaint is dismissed with prejudice and each party shall bear his or its own attorneys' fees and costs.

IT IS SO ORDERED this  27  day of October, 2009.

_____
James M. Moody
United States District Judge